ROYAL ITALIAN GOVERNMENT, Appellant, *v.* INTER-NATIONAL COMMITTEE OF YOUNG MEN'S CHRISTIAN ASSOCIATIONS, Respondent.

Submitted January 11, 1937; decided January 19, 1937.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 273 N. Y. 468.)